UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:25-cv-00555

HARRELL & CO ARCHITECTS
– FLORIDA, INC.,

    Plaintiff,

v.

HEMMER CONSTRUCTION, INC.,
CRONIN ENGINEERING INC., and
BETHANY O'NEIL INTERIOR DESIGN LLC,

    Defendants.
_____/

## SUMMONS IN CIVIL ACTION

TO:    CRONIN ENGINEERING INC.
    Registered Agent: Derek Cronin
    6627 Willow Park Drive, 201
    NAPLES, FL 34109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Adrian J. Alvarez, Esq.
    DE BIASE | ALVAREZ
    595 S. Federal Hwy, Suite 620

Boca Raton, Florida 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____      _____

Signature of Clerk or Deputy Clerk